| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorton, Nathaniel M. | 2. Court or Organization<br><br>District Court - Massachusetts | 3. Date of Report<br><br>04/16/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Court - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>United States District Court<br>1 Courthouse Way, Suite 3110<br>Boston, MA 02210 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Stockholder, Clerk/Secretary and Director | SG Seafood Holdings, Inc., Boston, MA (closely held ▓ seafood business) a MA corporation |
| 2. | Power of Attorney/Trustee (See NOTE in Part VIII) | Fidelity money market accounts (for all stockholders of SG Seafood Holdings Inc.) all of whom are ▓ of the reporting party |
| 3. | Trustee (See NOTE in Part VIII) | Irrevocable Trust (created in connection with the estate plan of reporting party's ▓ ) |
| 4. | Trustee (See NOTE in Part VIII) | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's ▓ ) |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/05/2013 | SG Seafood Holdings, Inc. (Closely held ▨ seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | 03/22/2013 | New York City | Attend annual NYIPLA dinner at Waldorf Astoria | reimbursement for lodging and travel by train w/spouse from Boston to NYC |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SG Seafood Holdings, Inc. (a MA corporation)(common stock) | | None | P1 | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Int./Div. | K | T | | | | | |
| 3. Fidelity Money Market Accounts (POA, Trustee)(Y) | | | | | | | | | See Section VIII |
| 4. Charitable Remainder Trust | E | Int./Div. | | | | | | | See Section VIII |
| 5. - Coca Cola Co. | | | | | | | | | |
| 6. - Pepsico Inc | | | | | Sold (part) | 06/07/13 | J | A | |
| 7. - Nike Inc | | | | | | | | | |
| 8. - Abbvie Inc. | | | | | | | | | |
| 9. - Abbott Laboratories | | | | | | | | | |
| 10. - Johnson & Johnson | | | | | Sold (part) | 04/23/13 | J | B | |
| 11. - UnitedHealth Group Inc | | | | | | | | | |
| 12. - Procter & Gamble Co | | | | | | | | | |
| 13. - McDonalds Corp | | | | | | | | | |
| 14. - CVS/Caremark Corp | | | | | Sold (part) | 04/23/13 | J | B | |
| 15. - Costco Wholesale Corp | | | | | | | | | |
| 16. - Ross Stores Inc | | | | | | | | | |
| 17. - Automatic Data Processing Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - 3M Co | | | | | Buy | 02/20/13 | J | | |
| 19.  - Emerson Electric Co | | | | | | | | | |
| 20.  - United Technologies Corp | | | | | Sold (part) | 04/23/13 | J | A | |
| 21. | | | | | Sold (part) | 06/07/13 | J | A | |
| 22.  - Intel Corp | | | | | Buy (add'l) | 06/05/13 | J | | |
| 23.  - Devon Energy Corp | | | | | | | | | |
| 24.  - Exxon Mobil Corp | | | | | | | | | |
| 25.  - RPM Corp | | | | | | | | | |
| 26.  - American Express Co | | | | | | | | | |
| 27.  - JP Morgan Chase & Co | | | | | Buy | 06/07/13 | J | | |
| 28.  - HCP Inc | | | | | | | | | |
| 29.  - Public Storage Inc | | | | | | | | | |
| 30.  - IShares MSCI Pacific EX Japan ETF | | | | | | | | | |
| 31.  - IShares MSCI Emerging Mkts ETF | | | | | | | | | |
| 32.  - HSBC Holdings Plc ADR | | | | | Buy (add'l) | 06/05/13 | J | | |
| 33.  - Novo Nordisk AS ADR-B | | | | | Buy (add'l) | 06/05/13 | J | | |
| 34.  - Vodafone Group PLC ADR | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Wells Fargo & Co | | | | | Sold | 06/05/13 | J | A | |
| 36. - Gilead Sciences Inc | | | | | Sold | 06/05/13 | J | C | |
| 37. - Oracle Corp | | | | | Sold | 06/05/13 | J | A | |
| 38. - Fresenius Medical Care AG ADR | | | | | Sold | 06/05/13 | J | | |
| 39. - Market Vectors Gold Miners ETF Fund | | | | | Sold | 06/05/13 | J | | |
| 40. Boston Financial Management, Inc. IRA | F | Distribution | P1 | T | | | | | See Sect. VIII |
| 41. - Anheuser-Busch Inbev (bond) | | | | | | | | | |
| 42. - SBC Comms Inc (bond) | | | | | | | | | |
| 43. - DirectTV Holdings (bond) | | | | | | | | | |
| 44. - Suntrust Bks Inc (bond) | | | | | Buy | 03/26/13 | K | | |
| 45. - Capital One FINL Co (bond) | | | | | Buy | 07/11/13 | K | | |
| 46. - Southern Co (bond) | | | | | Buy | 07/15/13 | K | | |
| 47. - Lochheed Martin Corp (bond) | | | | | Buy | 06/04/13 | K | | |
| 48. - Beam Inc. (bond) | | | | | Buy | 06/04/13 | K | | |
| 49. - Pitney Bowes Inc (bond) | | | | | | | | | |
| 50. - Oneok Partners LP (bond) | | | | | | | | | |
| 51. - American Express CR MTN (bond) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Pepsico Inc. | | | | | | | | | |
| 53.  - Nike Inc - B | | | | | | | | | |
| 54.  - Abbvie Inc. | | | | | | | | | |
| 55.  - Abbott Laboratories | | | | | | | | | |
| 56.  - Johnson & Johnson | | | | | | | | | |
| 57.  - UnitedHealth Group Inc. | | | | | | | | | |
| 58.  - Proctor & Gamble Co | | | | | | | | | |
| 59.  - McDonalds Corp | | | | | | | | | |
| 60.  - Ralph Lauren Corp | | | | | Buy | 11/19/13 | J | | |
| 61.  - Cognizant Technology Solutions Corp | | | | | Buy | 11/12/13 | J | | |
| 62.  - Microsoft Corp | | | | | Buy | 11/12/13 | J | | |
| 63.  - Oracle Corp | | | | | Sold (part) | 06/05/13 | J | B | |
| 64. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 65.  - ADT Corp | | | | | | | | | |
| 66.  - 3M Co | | | | | Buy | 02/20/13 | J | | |
| 67.  - Emerson Electric Co | | | | | | | | | |
| 68.  - United Techonologies Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Intel Corp | | | | | Buy (add'l) | 06/05/13 | J | | |
| 70. - Chevron Corp | | | | | Buy | 01/11/13 | K | | |
| 71. - Devon Energy Corp | | | | | | | | | |
| 72. - Exxon Mobil Corp | | | | | | | | | |
| 73. - Anadarko Petroleum Corp | | | | | | | | | |
| 74. - Air Products & Chemicals Inc | | | | | | | | | |
| 75. - RPM Corp | | | | | | | | | |
| 76. - United Parcel Service Inc. | | | | | | | | | |
| 77. - Chubb Corp | | | | | | | | | |
| 78. - American Express Co. | | | | | | | | | |
| 79. - JP Morgan Chase & Co. | | | | | Buy | 06/07/13 | K | | |
| 80. - American Tower Corp | | | | | Buy | 11/12/13 | J | | |
| 81. - AvalonBay Communities Inc. | | | | | | | | | |
| 82. - HCP Inc | | | | | | | | | |
| 83. - Nextera Energy Inc | | | | | | | | | |
| 84. - IShares Russell 2000 EFT | | | | | | | | | |
| 85. - Royce Pennsylvania Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - IShares MSCI Pacific EX Japan ETF | | | | | | | | | |
| 87. - IShares MSCI Emerging Mkts EFT | | | | | | | | | |
| 88. - Gulf Power Co | | | | | | | | | |
| 89. - Nextera Energy Capital | | | | | | | | | |
| 90. - Public Storage | | | | | | | | | |
| 91. - HSBC Holdings PLC ADR | | | | | Buy (add'l) | 06/05/13 | J | | |
| 92. - Diageo Plc ADR | | | | | | | | | |
| 93. - Enbridge, Inc. | | | | | | | | | |
| 94. - Novo-Nordisk AS ADR | | | | | Buy (add'l) | 06/05/13 | K | | |
| 95. - Vodafone Group PLC ADR | | | | | | | | | |
| 96. - Matthews Asia Small Cos | | | | | | | | | |
| 97. - WI Treasury Sec (bond) | | | | | Buy | 01/03/13 | K | | |
| 98. | | | | | Redeemed | 05/30/13 | K | | |
| 99. - Total SA-Sponsored ADR | | | | | Sold | 01/11/13 | K | | |
| 100. - Avon Products Inc. (bond) | | | | | Redeemed | 03/01/13 | K | | |
| 101. | | | | | Redeemed | 04/15/13 | K | B | |
| 102. - Nat Rural Util Coop (bond) | | | | | Redeemed | 03/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Redeemed | 07/01/13 | K | A | |
| 104. - Wells Fargo & Co. | | | | | Sold | 06/05/13 | J | B | |
| 105. - Gilead Sciences Inc | | | | | Sold | 06/05/13 | K | D | |
| 106. - Fresenius Medical Care AG ADR | | | | | Sold | 06/05/13 | J | | |
| 107. - Market Vectors Bold Miners EFT Fund | | | | | Sold | 06/25/13 | K | | |
| 108. - Stryker Corp | | | | | Sold | 06/26/13 | J | | |
| 109. - Health Care Reit Inc Conv | | | | | Sold (part) | 10/01/13 | J | A | |
| 110. | | | | | Sold | 10/03/13 | J | A | |
| 111. - Georgia Power Co (bond) | | | | | Redeemed | 11/01/13 | K | | |
| 112. - Citrix System Inc. | | | | | Sold | 11/19/13 | J | C | |
| 113. Boston Financial Management, Inc. Revocable Trust | C | Int./Div. | N | T | | | | | See Sect. VIII |
| 114. - Kellogg Co (Bond) | | | | | Buy | 10/25/13 | K | | |
| 115. - Westwood MA (munic. bond) | | | | | | | | | |
| 116. - McCormick & Co Inc. | | | | | | | | | |
| 117. - Colgate Palmolive Co | | | | | Buy | 10/22/13 | J | | |
| 118. - Nike Inc | | | | | | | | | |
| 119. - Abbvie Inc | | | | | Buy | 10/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Abbott Laboratories | | | | | Buy (add'l) | 10/22/13 | J | | |
| 121. - Bristol Myers Squibb Co | | | | | Buy | 10/22/13 | J | | |
| 122. - Johnson & Johnson | | | | | Buy (add'l) | 10/22/13 | J | | |
| 123. - UnitedHealth Group, Inc | | | | | Buy (add'l) | 10/22/13 | J | | |
| 124. - Procter & Gamble Co | | | | | | | | | |
| 125. - Costco Wholesale Corp | | | | | Buy (add'l) | 10/22/13 | J | | |
| 126. - Amazon.com, Inc. | | | | | Buy | 10/22/13 | J | | |
| 127. - Automatic Data Processing, Iinc. | | | | | Sold (part) | 07/08/13 | J | B | |
| 128. - Google, Inc. | | | | | | | | | |
| 129. - Microsoft Corp | | | | | Buy | 10/22/13 | J | | |
| 130. - 3M Co. | | | | | Buy | 03/01/13 | J | | |
| 131. - Emerson Electric Co. | | | | | | | | | |
| 132. - Caterpillar, Inc. | | | | | Buy | 10/22/13 | J | | |
| 133. - United Technologies Corp | | | | | | | | | |
| 134. - Apple, Inc. | | | | | Buy | 10/22/13 | J | | |
| 135. - Citrix System, Inc. | | | | | Buy | 03/01/13 | J | | |
| 136. | | | | | Buy (add'l) | 10/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Intel Corp | | | | | Buy (add'l) | 06/05/13 | J | | |
| 138. - Chevron Corp | | | | | Buy | 01/11/13 | J | | |
| 139. - Devon Energy Corp | | | | | | | | | |
| 140. - Exxon Mobil Corp | | | | | | | | | |
| 141. - Anadarko Petroleum Corp | | | | | | | | | |
| 142. - Kinder Morgan Inc. | | | | | Buy | 03/01/13 | J | | |
| 143. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 144. - Air Products & Chemicals, Inc. | | | | | | | | | |
| 145. - Praxair, Inc. | | | | | Buy | 10/22/13 | J | | |
| 146. - Sigma Aldrich Corp | | | | | | | | | |
| 147. - Union Pacific Corp | | | | | Buy | 10/22/13 | J | | |
| 148. - RPM Corp | | | | | Buy (add'l) | 10/22/13 | J | | |
| 149. - Wells Fargo Corp | | | | | Buy (add'l) | 03/01/13 | J | | |
| 150. | | | | | Sold | 06/05/13 | J | A | |
| 151. | | | | | Buy | 10/22/13 | J | | |
| 152. - United Parcel Service, Inc. | | | | | | | | | |
| 153. - Chubb Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - American Express Co | | | | | | | | | |
| 155. - Health Care REIT, Inc. | | | | | Sold (part) | 10/01/13 | J | A | |
| 156. | | | | | Sold (part) | 10/03/13 | J | A | |
| 157. | | | | | Buy | 10/22/13 | J | | |
| 158. - JP Morgan Chase & Co | | | | | Buy | 06/07/13 | J | | |
| 159. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 160. - AvalonBay Communities, Inc. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 161. - HCP, Inc. | | | | | | | | | |
| 162. - Public Storage, Inc. (common & preferred) | | | | | Buy (add'l) | 10/22/13 | J | | |
| 163. - IShares Russell 2000 ETF | | | | | | | | | |
| 164. - IShares MSCI Pacific | | | | | | | | | |
| 165. - IShares MSCI Emerging | | | | | | | | | |
| 166. - CheckPoint Sofware Tech Ltd | | | | | Buy | 02/19/13 | J | | |
| 167. - Anheuser Busch Corp | | | | | | | | | |
| 168. - Diago PLC ADR | | | | | | | | | |
| 169. - Enbridge Inc | | | | | Buy (add'l) | 03/01/13 | J | | |
| 170. | | | | | Buy (add'l) | 10/22/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - HSBC Holdings Inc | | | | | Buy (add'l) | 06/05/13 | J | | |
| 172. - Schlumberger Ltd | | | | | Buy | 02/20/13 | J | | |
| 173. - Oracle Corp | | | | | Buy (add'l) | 03/01/13 | J | | |
| 174. | | | | | Sold | 06/05/13 | J | | |
| 175. - Market Vectors Gold Miners ETF | | | | | Buy (add'l) | 05/21/13 | J | | |
| 176. | | | | | Sold | 06/25/13 | J | | |
| 177. - Total SA ADR | | | | | Sold | 01/11/13 | J | | |
| 178. - SPDR Gold Trust | | | | | Sold | 05/21/13 | J | B | |
| 179. Boston Financial Management Inc Revocable Trust (S) | B | Int./Div. | O | T | | | | | See Section VIII |
| 180. - Genzyme Corp (Bond) | | | | | Buy | 11/13/13 | K | | |
| 181. - Kellogg Co (Bond) | | | | | Buy | 10/25/13 | K | | |
| 182. - Burlington North (Bond) | | | | | Buy | 11/15/13 | K | | |
| 183. - Pepsico Inc | | | | | | | | | |
| 184. - Nike Inc - B | | | | | | | | | |
| 185. - Abbvie Inc | | | | | | | | | |
| 186. - Abbott Laboratories | | | | | | | | | |
| 187. - Bristol Myers Squibb Co | | | | | Buy | 10/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Johnson & Johnson | | | | | | | | | |
| 189. - United Health Group Inc | | | | | Buy (add'l) | 10/22/13 | J | | |
| 190. - Procter & Gamble Co | | | | | | | | | |
| 191. - Costco Wholesale Corp | | | | | | | | | |
| 192. - Ralph Lauren Corp | | | | | Buy | 10/22/13 | J | | |
| 193. - Amazon.com Inc | | | | | Buy | 10/22/13 | J | | |
| 194. - Automatic Data Processing Inc | | | | | Buy (add'l) | 10/22/13 | J | | |
| 195. - Cognizant Technology Solutions Corp | | | | | Buy | 11/13/13 | J | | |
| 196. - Microsoft Corp | | | | | Buy | 10/22/13 | J | | |
| 197. - 3M Co | | | | | Buy | 10/22/13 | J | | |
| 198. - Emerson Electric Co | | | | | | | | | |
| 199. - Caterpillar Inc | | | | | Buy | 09/11/13 | J | | |
| 200. - United Technologies Corp | | | | | | | | | |
| 201. - Apple Inc | | | | | Buy | 10/22/13 | J | | |
| 202. - Intel Corp | | | | | Buy (add'l) | 10/22/13 | J | | |
| 203. - Chevron Corp | | | | | Buy | 01/11/13 | J | | |
| 204. - Devon Energy Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Exxon Mobil Corp | | | | | | | | | |
| 206.  - Oneok New | | | | | Buy | 10/22/13 | J | | |
| 207.  - Kinder Morgan Inc | | | | | Buy | 10/22/13 | J | | |
| 208.  - Union Pacific Corp | | | | | Buy | 10/22/13 | J | | |
| 209.  - United Parcel Service Inc - B | | | | | Buy (add'l) | 10/22/13 | J | | |
| 210.  - Chubb Corp | | | | | Buy (add'l) | 10/22/13 | J | | |
| 211.  - American Express Co | | | | | Buy (add'l) | 10/22/13 | J | | |
| 212.  - Health Care REIT Inc | | | | | Buy (add'l) | 10/22/13 | J | | |
| 213.  - JP Morgan Chase & Co | | | | | Buy | 06/07/13 | J | | |
| 214.  - American Tower Corp | | | | | Buy | 11/12/13 | J | | |
| 215.  - Avalonbay Communities Inc | | | | | Buy (add'l) | 10/22/13 | J | | |
| 216.  - HCP Inc | | | | | Buy (add'l) | 10/22/13 | J | | |
| 217.  - Public Storage Inc | | | | | Buy (add'l) | 10/22/13 | J | | |
| 218.  - Nexera Energy Inc | | | | | | | | | |
| 219.  - Bank of Nova Scotia (bond) | | | | | Buy | 11/05/13 | K | | |
| 220.  - Anheuser Busch Inbev SA/NV-SP ADR | | | | | Buy (add'l) | 10/22/13 | J | | |
| 221.  - Diageo PLC ADR | | | | | Buy (add'l) | 10/22/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Enbridge Inc | | | | | Buy (add'l) | 10/22/13 | J | | |
| 223. - HSBC Holdings PLC ADR | | | | | Buy (add'l) | 06/05/13 | J | | |
| 224. - Schlumberger Ltd | | | | | Buy | 02/20/13 | J | | |
| 225. - Vodafone Group PLC ADR | | | | | | | | | |
| 226. - Total SA-Sponsored ADR | | | | | Sold | 01/11/13 | J | | |
| 227. - Wells Fargo & Co | | | | | Sold | 06/05/13 | J | A | |
| 228. - Bank of America | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Lines 2 - 4 NOTE: None of the beneficiaries of the trusts and accounts listed in Part I of which the reporting party is a trustee is a dependent of the reporting party and neither the reporting party nor his          has any beneficial interest in or control over the disposition of assets of such trusts and accounts.

Part VII, Line 1 - Income of the reporting party reported in Section VII (of which there was none this year) is attributable to his pro rata share of the income of SG Seafood Holdings, Inc. ("Holdings") which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed. The value of the stock holdings is appraised biennially by a certified financial planner, last done in 2012.

Part VII, Line 3 - This asset, subject to a power of attorney, is no longer reportable pursuant to the revised instructions.

Part VII, Line 4 - In 1997 the reporting party and          funded a chartible remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Part VII, Lines 4, 40, 113 and 179 - The assets listed on these lines (and the dashed ("-") lines that follow) are managed by Boston Financial Management, Inc., Boston MA and consist of stocks and bonds in publicly held companies and equity holdings, based on certain indices.

Part VII, Line 40 - The reporting party is now required to withdraw a certain minimum amount from his IRA account each year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nathaniel M. Gorton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544